In the Matter of WILLIAM RAZUKAS, Respondent, against NEW YORK STATE DEPARTMENT OF CORRECTION et al., Appellants.— Order affirmed, without costs of this appeal to any party. All concur. (The order directs defendants to submit the name of petitioner to the Governor as one eligible for parole.) Present — Taylor; P. J., Harris, McCurn, Larkin and Love, JJ. [186 Misc. 429.]

JESSIE BUCHANAN et al., as Trustees of School District No. 3 of the Town of Salina, Respondents, v. TOWN OF SALINA, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiffs in an action to recover certain franchise money paid by the State.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ. [186 Misc. 205.] [See ante, p. 207.]

E. PHILLIP CROWELL et al., as Trustees of School District No. 6, of the Town of Salina, Respondents, v. TOWN OF SALINA, Appellant.— Same decision and like cause of action as in companion case of Buchanan v. Town of Salina (ante, p. 1074). Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ. [186 Misc. 205.] [See ante, p. 207.]

FRANK KEOUGH et al., as Trustees of School District No. 11 of the Town of Dewitt, Respondents, v. TOWN OF DEWITT, Appellant.— Same decision and like cause of action as in companion case of Buchanan v. Town of Salina (ante, p. 1074). Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ. [186 Misc. 205.] [See ante, p. 207.]

EARL BATES, as Sole Trustee of School District No. 6 of the Town of Dewitt, Respondent, v. TOWN OF DEWITT, Appellant.— Same decision and like cause of action as in companion case of Buchanan v. Town of Salina (ante, p. 1074). Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ. [186 Misc. 205.] [See ante, p. 207.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARMINE PIZZA, Appellant, against JOHN F. FOSTER, as Warden of Auburn Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.